```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

| | | |
|---|---|---|
| BRADFORD G. BROWN, | * | |
| Petitioner, | * | |
| vs. | * | |
| UNITED STATES OF AMERICA, | * | RULE 60(b) MOTION<br>CASE NO. 3:02-CR-14 (CDL) |
| Respondent. | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 9, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 1st day of April, 2009.

```
                            S/Clay D. Land
                              CLAY D. LAND
                       UNITED STATES DISTRICT JUDGE
```